**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **SA CV 22-1951-JFW** | Date: December 5, 2022 |

Title: <u>In Re Alicia Marie Richards</u>
Lawrence Remsen, et al.-v- Richard A. Marshack, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**  | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: DISMISSAL**

Appellants are ordered to show cause in writing by December 12, 2022 why this case should not be dismissed for failure to comply with the Notice Regarding Appeal from Bankruptcy Court filed October 25, 2022 (Docket No. 3). No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action..

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__